# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| **LISA JONES**, | ) Case No. 2:10-CV-00816-RSM |
| Plaintiff, | ) **NOTICE OF SERVICE OF PLAINTIFF'S INITIAL RULE 26 DISCLOSURE STATEMENT** |
| vs. | ) |
| **SUTTELL & HAMMER, PS** | ) |
| Defendant. | ) |

**NOTICE IS HEREBY GIVEN** that, Plaintiff Lisa Jones has filed with the Clerk of the United States District Court, Western District of Washington, Notice of Service of Plaintiff's Rule 26 Disclosure Statement, a copy of which is herewith served upon you.

Respectfully submitted this 21st day of July, 2010.

s/Jon N. Robbins
Jon N. Robbins
WEISBERG & MEYERS, LLC
Attorney for Plaintiff

Initial Rule 26 Disclosure

Jon N. Robbins
WEISBERG & MEYERS, LLC
3877 N. Deer Lake Rd.
Loon Lake ,WA 99148
509-232-1882
866-565-1327 facsimile
jrobbins@AttorneysForConsumers.com

1  Notice Filed electronically on this 21st day of July, 2010, with:

2
3  United States District Court CM/ECF system

4
5  Original copy mailed on this 21st day of July, 2010, to:

6  John F. Jenkel
7  Forsberg & Umlauf, PS
   901 Fifth Street Suite 1400
8  Seattle WA 98164-2050

9
10 s/Tremain Davis
   Tremain Davis

28 Initial Rule 26 Disclosure

Jon N. Robbins
 WEISBERG & MEYERS, LLC
 3877 N. Deer Lake Rd.
 Loon Lake ,WA 99148
 509-232-1882
 866-565-1327 facsimile
 jrobbins@AttorneysForConsumers.com