# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

## AT SEATTLE

| | |
|---|---|
| **LISA JONES**, | ) Case No. 2:10-CV-00816-RSM |
| | ) |
| Plaintiff, | ) **STATUS REPORT AND DISCOVERY PLAN** |
| vs. | ) |
| **SUTTELL & HAMMER, PS** | ) |
| Defendant. | ) |

Consistent with, and pursuant to, this Court's minute order dated July, 21, 2010, the parties submit the following joint status report and discovery plan, for the Court's consideration:

**1.    STATEMENT OF THE NATURE AND COMPLEXITY OF CASE**

Plaintiff alleges that Defendant, is a debt collector, which has violated the federal Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq*. ("FDCPA").

Status Report and Discovery Plan

Jon N. Robbins
WEISBERG & MEYERS, LLC
3877 N. Deer Lake Rd.
Loon Lake ,WA 99148
509-232-1882
866-565-1327 facsimile
jrobbins@AttorneysForConsumers.com

Defendant denies the allegations.

**2.     PROPOSED ADR METHOD**

The parties believe that a judicial settlement conference is the best ADR method for this case.

**3.     DEADLINE FOR ADR**

The parties agree that the ADR proceeding should be held within 4 months after this Report is filed.

**4.     PROPOSED DEADLINE FOR JOINING ADDITIONAL PARTIES**

The parties propose October 1, 2010 as the deadline for joining additional parties.

**5.     PROPOSED DISCOVERY PLAN**

**A.     The FRCP 26(f) conference and FRCP 26(a) initial disclosures.**

The parties held their Rule 26(f) conference on August 5, 2010. Plaintiff submitted her initial disclosures on July 21, 2010, and Defendant shall submit its initial disclosures on September 1, 2010.

**B.     SUJECT OF DISCOVERY; PROCESS**

The parties anticipate that discovery will relate to the timing and substance of the communications between the parties. Phased or limited discovery is not anticipated at this time.

**C.     DISCOVERY LIMITATIONS**

Status Report and Discovery Plan

Jon N. Robbins
WEISBERG & MEYERS, LLC
3877 N. Deer Lake Rd.
Loon Lake ,WA 99148
509-232-1882
866-565-1327 facsimile
jrobbins@AttorneysForConsumers.com

The parties do not presently believe that any changes to the Federal discovery rules are needed at this time.

### D.     DISCOVERY MANAGEMENT

The parties do not expect significant or protracted discovery in this case and agree to cooperate in a manner that minimizes expenses while preserving each side's ability to make their claims and defenses.

### E.     OTHER ORDERS

The parties do not believe the Court needs to enter any such orders.

## 6.     DISCOVERY DEADLINE

March 11, 2011.

## 7.     UNITED STATES MAGISTRATE JUDGE

The parties agree to referral to a Magistrate Judge for a settlement conference but not for trial.

## 8.     BIFURCATION

The parties do not believe that bifurcation is necessary in this case.

## 9.     PRETRIAL ORDER

The parties are not willing to waive pretrial statements and a pretrial order.

## 10.    OTHER SIMPLIFICATION OF THE CASE

None.

## 11.    TRIAL READINESS

Status Report and Discovery Plan

Jon N. Robbins
WEISBERG & MEYERS, LLC
3877 N. Deer Lake Rd.
Loon Lake ,WA 99148
509-232-1882
866-565-1327 facsimile
jrobbins@AttorneysForConsumers.com

The parties anticipate being ready for trial by June 15, 2011.

## 12.     JURY / NON-JURY TRIAL

The trial will be a jury trial.

## 13.     LENGTH OF TRIAL

The parties estimate trial will last two to three days.

## 14.     NAMES AND ADDRESSES OF COUNSEL

Jon N. Robbins
WEISBERG & MEYERS, LLC
3877 N. Deer Lake Rd.
Loon Lake ,WA 99148
888-595-9111
866-565-1327 facsimile
jrobbins@AttorneysForConsumers.com
Attorney for Plaintiff

John F. Jenkel
Jeffrey T. Kestle
Forsberg & Umlauf, PS
901 Fifth Street Suite 1400
Seattle WA 98164-2050
206-689-8500
206-689-8501 facsimile
Attorneys for the Defendant

## 15.     SERVICE STATUS

The only Defendant has been served

## 16.     SCHEDULING CONFERENCE

The parties do not wish a scheduling conference prior to a scheduling order being entered on this case.

Status Report and Discovery Plan                                          Jon N. Robbins
                                                                          WEISBERG & MEYERS, LLC
                                                                          3877 N. Deer Lake Rd.
                                                                          Loon Lake ,WA 99148
                                                                          509-232-1882
                                                                          866-565-1327 facsimile
                                                                          jrobbins@AttorneysForConsumers.com

Respectfully submitted this 23rd day August, 2010.

                                                s/Jon N. Robbins
                                                Jon N. Robbins
                                                WEISBERG & MEYERS, LLC
                                                Attorney for Plaintiff

                                                s/John F. Jenkel
                                                John F. Jenkel
                                                Forsberg & Umlauf, PS

                                                s/Jeffrey T. Kestle
                                                Jeffrey T. Kestle
                                                Forsberg & Umlauf, PS

Notice Filed electronically on this 23rd day of August, 2010, with:

United States District Court CM/ECF system

Original copy mailed on this 23rd day of August, 2010, to:

John F. Jenkel
Forsberg & Umlauf, PS
901 Fifth Street Suite 1400
Seattle WA 98164-2050

Mr. Jeffrey T Kestle
Attorney
Forsberg & Umlauf, PS
901 5th Ave
Suite 1400
Seattle WA 98164

s/Kimberly Larson
Kimberly Larson

Status Report and Discovery Plan

Jon N. Robbins
WEISBERG & MEYERS, LLC
3877 N. Deer Lake Rd.
Loon Lake ,WA 99148
509-232-1882
866-565-1327 facsimile
jrobbins@AttorneysForConsumers.com