HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| LISA JONES,<br><br>               Plaintiff,<br><br>vs.<br><br>SUTTELL & HAMMER, PS,<br><br>               Defendant. | No. 2:10-CV-00816 RSM<br><br>STIPULATION TO STAY ACTION |

Plaintiff has filed a Chapter 7 bankruptcy action in the U.S. Bankruptcy Court for the Western District of Washington, Case No. 10-20223-MLB. The parties agree that the issues involved in this action are best resolved after the resolution of the Bankruptcy Court action. The parties stipulate to a stay of this action, including the deadlines set forth in the Order Setting Trial Date & Related Dates (Dkt. #9), current deadlines for responding to outstanding discovery requests, and motions[1] and discovery pending resolution of the Bankruptcy Court

---

[1] The only motions that will be permitted under this stipulation are those to lift the stay.

STIPULATION TO STAY ACTION – PAGE 1
CAUSE NO. 2:10-CV-00816 RSM

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164-2050
(206) 689-8500 • (206) 689-8501 FAX

491564 / 590.0001

1  Action. The parties stipulate that the stay shall remain in effect until lifted by an order of this

2  Court upon a motion by one of the parties or a stipulation of the parties.

3  DATED this 12TH day of October, 2010.

FORSBERG & UMLAUF, P.S.                    WEISBERG & MEYERS, LLC

*[signature]*

Attorneys for Defendant                    s/Jon Robbins (per email authorization)
901 Fifth Avenue, Suite 1400               Attorneys for Plaintiff
Seattle, WA 98164                          3877 N. Deer Lake Rd.
Telephone: (206) 689-8500                  Loon Lake, WA 99148
Fax: (206) 689-8500                        Telephone: (509) 232-1882
John F. Jenkel, WSBA # 16085               Fax: (866) 565-1327
jjenkel@forsberg-umlauf.com                Jon N. Robbins
Jeffrey T. Kestle, WSBA #29648             jrobbins@AttorneysForConsumers.com
jkestle@forsberg-umlauf.com

STIPULATION TO STAY ACTION – PAGE 2
CAUSE NO. 2:10-CV-00816 RSM

FORSBERG & UMLAUF, P.S.
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164-2050
(206) 689-8500 • (206) 689-8501 FAX

491564 / 590.0001