HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| LISA JONES,<br><br>            Plaintiff,<br><br>vs.<br><br>SUTTELL & HAMMER, PS,<br><br>            Defendant. | No. 2:10-CV-00816 RSM<br><br>[PROPOSED] ORDER STAYING ACTION |

Based on the parties' Stipulation to Stay Action, the Court orders that all activity in this case, including the deadlines set forth in the Order Setting Trial Date & Related Dates (Dkt. #9), current deadlines for responding to outstanding discovery requests, and all motion practice and discovery, is stayed. The stay in this matter shall remain in effect until lifted by an order of this Court upon a motion by one of the parties or a stipulation of the parties.

DATED this _____ day of October, 2010.

_____
HONORABLE RICARDO S. MARTINEZ

ORDER STAYING ACTION – PAGE 1
CAUSE NO. 2:10-CV-00816 RSM

491571 / 590.0001

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164-2050
(206) 689-8500 • (206) 689-8501 FAX