UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| **LISA JONES**, | ) Case No. 2:10-cv-00816-RSM |
| | ) |
| Plaintiff, | ) |
| | ) **NOTICE OF SETTLEMENT** |
| vs. | ) |
| | ) |
| **SUTTELL & HAMMER, PS,** | ) |
| | ) |
| Defendant. | ) |

**NOTICE IS HEREBY GIVEN** that Plaintiff has filed with the Clerk of the District Court, Western District of Washington, Plaintiff's Notice of Settlement with all claims pending having been settled. Plaintiff hereby respectfully requests that this Court allow sixty (60) days within which to complete the settlement and to file a Dismissal in this matter. This Court shall retain jurisdiction over this matter until fully resolved.

Dated this 18th day of January, 2011.

s/Jon N. Robbins
Jon N. Robbins
WEISBERG & MEYERS, LLC

Filed electronically on this 18th day of January, 2011, with:

Notice of Settlement - 1

Jon N. Robbins
WEISBERG & MEYERS, LLC
3877 N. Deer Lake Rd.
Loon Lake ,WA 99148
509-232-1882
866-565-1327 facsimile
jrobbins@AttorneysForConsumers.com

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system this 18th day of January, 2011 to:

John F. Jenkel
Forsberg & Umlauf, PS
901 Fifth Street Suite 1400
Seattle WA 98164-2050

Mr. Jeffrey T Kestle
Attorney
Forsberg & Umlauf, PS
901 5th Ave
Suite 1400
Seattle WA 98164

By: s/Jessica DeCandia
　　　Jessica DeCandia

Notice of Settlement - 2

Jon N. Robbins
WEISBERG & MEYERS, LLC
3877 N. Deer Lake Rd.
Loon Lake ,WA 99148
509-232-1882
866-565-1327 facsimile
jrobbins@AttorneysForConsumers.com